IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR158 |
| | ) | |
| V. | ) | |
| | ) | |
| JOHNNY KEITH IRON HORSE JR., | ) | ORDER |
| A/K/A JOHNNY LUNDERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. This case, insofar as it concerns this defendant, is removed from the trial docket based upon the request of the defendant.

2. A hearing on the defendant's anticipated plea of guilty, with sentencing to follow, is scheduled before the undersigned Senior United States District Judge on Friday, August 23, 2013, at 1:00 p.m., in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. sec. 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 29th day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge